# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

|  |  |
|---|---|
| VANESSA C. GRANGER, BEVERLY KRISTINA MILLER, and LILYA J. MCATEE, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>GREAT PLAINS LENDING, LLC, KENNETH E. REES, VICTORY PARK CAPITAL ADVISORS, LLC, VICTORY PARK MANAGEMENT, LLC, GPL SERVICING, LTD., GPL SERVICING AGENT, LLC, GPL SERVICING TRUST, GPL SERVICING TRUST II, HAYNES INVESTMENTS, LLC, SEQUOIA CAPITAL OPERATIONS, LLC, SEQUOIA CAPITAL FRANCHISE PARTNERS, L.P., SEQUOIA CAPITAL IC, L.P., SEQUOIA CAPITAL ENTREPRENEURS ANNEX FUND, L.P., SEQUOIA CAPITAL GROWTH FUND III, L.P., SEQUOIA CAPITAL GROWTH III PRINCIPALS FUND, LLC, SEQUOIA CAPITAL FRANCHISE FUND, L.P., SEQUOIA CAPITAL GROWTH PARTNERS III, L.P., TECHNOLOGY CROSSOVER VENTURES, TCV V L.P., TCV MEMBER FUND L.P., TECHNOLOGY CROSSOVER MANAGEMENT V LLC, and JOHN DOES 1-50,<br><br>        Defendants. | Civ. No. 1:18-cv-00112 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Beverly Kristina Miller and Lilya J. McAtee (collectively, "Plaintiffs"),[1] by and through their counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss, with prejudice, the claims asserted against all remaining Defendants in Plaintiffs' Class Action Complaint filed in the above-captioned action on February 16, 2018. This voluntary dismissal is proper under Rule 41(a)(1)(A)(i) because no Defendants have served either an answer or a motion for summary judgment in this action.

Dated: May 11, 2021          Respectfully submitted,

/s/ William K. Davis
**BELL DAVIS & PITT, P.A.**
William K. Davis, N.C. State Bar No. 1117
Edward B. Davis, N.C. State Bar No. 27546
Kevin G. Williams, N.C. State Bar No. 25760
100 North Cherry Street, Suite 600
P.O. Box 21029
Winston-Salem, NC 27120-1029
Telephone: (336) 722-3700
Facsimile: (336) 722-8153
Email: wdavis@belldavispitt.com
 ward.davis@belldavispitt.com
 kwilliams@belldavispitt.com


**BERMAN TABACCO**
Kathleen M. Donovan-Maher (*pro hac vice*)
Steven J. Buttacavoli (*pro hac vice*)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Fax: (617) 542-1194
Email: kdonovanmaher@bermantabacco.com
 sbuttacavoli@bermantabacco.com

---

[1] Vanessa C. Granger, a named Plaintiff in this Action, passed away on January 5, 2021.

**GRAVEL & SHEA PC**
Matthew B. Byrne (*pro hac vice*)
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT  05402-0369
Telephone: (802) 658-0220
Fax: (802) 658-1456
Email: mbyrne@gravelshea.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

*s/ William K. Davis*
William K. Davis

3